**UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
T (602) 222-4848
F (602) 222-4858

Thomas P. Burke, II SBN 9631
tburke@udalllaw.com
Bret S. Shaw SBN 31732
bshaw@udalllaw.com
Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF ARIZONA

| | |
|---|---|
| APACHE MUFFLER & RADIATOR, INC., an Arizona Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; KYLE VANLANDINGHAM, an Arizona resident;<br><br>Defendants. | NO.<br><br>Maricopa County Superior Court No. CV2021-002561<br><br>**NOTICE OF REMOVAL OF A CIVIL ACTION**<br><br>Jury Trial Demanded |

Pursuant to 28 U.S.C. §§1332, 1441, 1446 and LRCiv 3.6, defendant Country Mutual Insurance Company, an Illinois corporation (hereafter "Country"), hereby gives notice of removal of this action from the Arizona Superior Court, Maricopa County, to this court. In support of removal, defendant asserts the following:

1. This action involves a claim by plaintiff for alleged contract and tort damages.

2. On February 17, 2021, plaintiff Apache Muffler & Radiator, Inc. (hereafter "plaintiff") filed its complaint in Superior Court. A copy of the complaint is attached hereto as Exhibit A.

3. There is complete diversity of citizenship between plaintiff and Country, the only properly-served defendant. Plaintiff is an Arizona corporation, is incorporated in the State of Arizona, and has its principal place of business in the State of Arizona. (*See*, Exhibit A, paragraphs 1.) Country is an Illinois corporation. (*See*, Exhibit A, paragraph 2.) It is incorporated in the State of Illinois and has its principal place of business in the State of Illinois.

4. Pursuant to 28 U.S.C. § 1441(b)(2), a party may remove an action subject to diversity jurisdiction so long as no party in interest from the State in which the action is brought has been "properly joined and served."

5. While Country has been served with this action, defendant Kyle Vanlandingham has not been served.

6. The amount in controversy exceeds $75,000. Plaintiff's claims against Country are for insurance benefits related to a property damage claim. (*See generally,* Exhibit A.) Plaintiff alleges that its contract damages entitle it to approximately $500,000 more than defendant has tendered under the claim. (*See,* Exhibit A, paragraphs 34 and 61.) Plaintiff also seeks attorney fees. (*See,* Exhibit A, prayer for relief paragraph 77.)

7. This court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

8. Country accepted service of the complaint on February 26, 2021. This Notice of Removal is filed within 30 days after service and is therefore timely filed under 28 U.S.C. § 1446(b).

9. Country has not yet answered the complaint.

10. A Notice of Filing has been filed in the Arizona Superior Court, Maricopa County, on behalf of the Country. A copy is attached hereto as Exhibit B.

11. As required by LRCiv 3.6 (b), a copy of all pleadings and other documents filed with the state court are attached as Exhibit C. Exhibit D is attorney Thomas P. Burke, II's

declaration that, to the best of his knowledge and belief, the filed pleadings and other documents contained in Exhibit C are a true and complete copy of all documents filed in the state court proceeding.

**WHEREFORE**, Country respectfully requests that the above action now pending in the Arizona Superior Court, County of Maricopa be removed to this court.

DATED this 1th day of March, 2021.

UDALL LAW FIRM, LLP

By */s/ Thomas P. Burke, II*
    Thomas P. Burke, II
    Bret S. Shaw
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2021, a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court, United States District Court, Arizona, and a copy of the foregoing e-served to all related parties via the Court's CM/ECF System:

James N. Hanson, Esq.
Jason A. Clark, Esq.
Lang & Klain, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253
filing@lang-klain.com
Attorneys for Plaintiff

By */s/ Jessica A. Montes*