**UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
T (602) 222-4848
F (602) 222-4858

Thomas P. Burke, II SBN 9631
tburke@udalllaw.com
Bret S. Shaw SBN 31732
bshaw@udalllaw.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF ARIZONA

| | |
|---|---|
| APACHE MUFFLER & RADIATOR, INC., an Arizona Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; KYLE VANLANDINGHAM, an Arizona resident;<br><br>Defendants. | NO. CV-21-00354-PHX-DJH<br><br>**NOTICE OF AND REQUEST TO REMAND TO THE SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY** |

Pursuant to 28 U.S.C. §1447 and this Court's March 3, 2021 order (Doc. 7), defendant Country Mutual Insurance Company (the only defendant that has been served in this action) hereby gives notice that it has conferred with plaintiff Apache Muffler & Radiator, Inc. and that the parties have agreed that this matter should be remanded to the Superior Court of Arizona, Maricopa County. Counsel for Apache Muffler has authorized counsel for Country to make a representation regarding its consent for the remand to this Court. Country Mutual

respectfully requests that this Court enter the order to remand filed contemporaneously herewith.

DATED this 10th day of March, 2021.

UDALL LAW FIRM, LLP

By */s/ Bret S. Shaw*
    Thomas P. Burke, II
    Bret S. Shaw
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, a copy of the foregoing **NOTICE OF AND REQUEST TO REMAND TO THE SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY** was electronically filed with the Clerk of the Court, United States District Court, Arizona, and a copy of the foregoing e-served to all related parties via the Court's CM/ECF System:

James N. Hanson, Esq.
Jason A. Clark, Esq.
Lang & Klain, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253
filing@lang-klain.com
Attorneys for Plaintiff

By*/s/ Jessica A. Montes*