# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Muffler & Radiator Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Country Mutual Insurance Company, et al.,<br><br>Defendants. | No. CV-21-00354-PHX-DJH<br><br>**ORDER** |

The Court is in receipt of a "Notice of and Request to Remand to the Superior Court of Arizona, Maricopa County" (Doc. 9), filed by Defendant Country Mutual Insurance Company on March 10, 2021. Therein, Defendant represents that Plaintiff has stipulated to the remand of this action to state court. Accordingly,

**IT IS ORDERED** that the Clerk of Court shall take all action necessary to remand this action to the Superior Court of Arizona, Maricopa County.

**IT IS FURTHER ORDERED** that this action is terminated and shall be closed. All scheduled hearings are vacated.

Dated this 10th day of March, 2021.

Honorable Diane J. Humetewa
United States District Judge